THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TABER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-14-955-M |
| ) | |
| ONEBEACON AMERICA INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice, filed March 16, 2016. Upon review of the parties' joint motion, and for good shown, the Court GRANTS the parties' Joint Motion to Dismiss [docket no. 30] and DISMISSES this action with prejudice to refiling.

**IT IS SO ORDERED this 17th day of March, 2016.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE